IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCUS LYNCH,** : | |
|     **Petitioner** : | |
| : | **No. 1:20-cv-01607** |
| **v.** : | |
| : | **(Judge Kane)** |
| **WILLIAM BARR, et al.,** : | |
|     **Respondents** : | |

## ORDER

**AND NOW**, on this 13th day of November 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania